**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:

DELATHA GRIFFIN
SSAN: XXX-XX-9205

|                          Debtor(s) |

Case No. 15-32373-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 28, 2015.

2. The debtor(s) §341 Meeting of Creditors was held October 15, 2015.

(**X**) The debtors' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) The debtor owns a mobile home that sits on the property listed on Schedule A and is uncertain whether the value on Schedule A includes the mobile home or not. Debtor is supposed to amend the schedule to list the mobile home and property separately. Debtor states there is no debt owed on the mobile home..

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this November 04, 2015.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: mckinneys@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee


By:/s/ *Sabrina L. McKinney*

    Sabrina L. McKinney

## <u>CERTIFICATE OF SERVICE</u>

     I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  November 04, 2015.

Copy to: DEBTOR(S)
          RICHARD D SHINBAUM

/s/ *Sabrina L. McKinney*
Sabrina L. McKinney