In re **DeLatha Griffin** , Case No. **15-32373**
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |

Sub-Total > **0.00** (Total of this page)

__1__ continuation sheets attached to the Schedule of Real Property

In re  **DeLatha Griffin**                                          ,   Case No.   **15-32373**
                                  Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3274 Claud Rd Eclectic, AL 36024 (Tax Assessed Value = $148,860) (Debtor has a 1/3 interest in the property on which her mobile home sits. The property stands as collateral for a note executed by Dennis Terry with an outstanding balance of approx. $90,000. After cost of sale, Debtor's 1/3 equity interest is $14,658.) Value listed is Debtors value after mortgage, with all improvements included.** **Owner:** **TERRY DENNIS GLENN & GRIFFIN JAMES A & DELATHA F** **Mailing Address:** **3274 CLAUD RD** **Mailing Address 2:** **City / State / Zip:** **ECLECTIC, AL 36024** **Property Address:** **3274 CLAUD RD ECLECTIC AL 36024** **Other Information** **Total Acres:** **3.92** **Use Value:** **$0** **Land Value:** **$0** **Improvement Value:** **$117,800** **Total Appraised Value:** **$153,080** **Total Taxable Value:** **$153,080** **Assessment Value:** **$15,320** **Tax District:** **N/A** **The tax assessed value includes all improvements sitting on the property, which would include the mobile home, and a house.** **1999 REDMAN TRINITY AL ES** **Used Value Report Filename:** **Main Floor Area 16 x 60 $9,402.30** **Floor Value $9,402.30** **Items Multiplier (N/A) N/A** **Base Structure Value =$9,402.30** **State Adjusted Value (x 100 %) =$9,402.30** **Condition Adjusted Value (x 77 %) =$7,239.77** **Land-Lease Community Adjusted Value (N/A) N/A** **Total Adjusted Value of Used Home =$7,239.77** | - | | 14,658.00 | 0.00 |
| | | Sub-Total > | 14,658.00 | (Total of this page) |
| | | Total > | 14,658.00 | |

Sheet _____ of _____ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)