UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
DELATHA GRIFFIN,

      Debtor.

Case No. 15-32373-DHW  
Chapter 13

# ORDER GRANTING DEBTORS' MOTION FOR RELIEF FROM ORDER
# ORDER RESCHEDULING EXAMINATION AND INSPECTION

On November 24, 2015, counsel for the debtor filed a motion (Doc. #23) requesting relief from this court's order entered on November 24, 2015 (Doc. #22). The November 24, 2015 order required debtor to appear at the office of debtor's counsel on November 27, 2015 for the purpose of being examined by counsel for Republic Finance and, following the examination, to permit an onsite inspection of collateral. Debtor is unable to attend the November 27, 2015 meeting due to work. Upon consideration of the motion and for good cause shown, it is

ORDERED that the motion is GRANTED. It is further

ORDERED that the Rule 2004 examination and subsequent inspection by creditor is RESCHEDULED to Saturday, November 28, 2015, at 9:30AM.

Done this 25th day of November, 2015.

*/s/ Dwight H. Williams, Jr.*  
Dwight H. Williams, Jr.  
United States Bankruptcy Judge

c:    Debtor  
      Richard Shinbaum, Attorney for the Debtor  
      Richard Dean, Attorney for Republic Finance